Howard M. Ehrenberg, Trustee
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (213) 626-2311

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

**CONTINUED MEETING OF CREDITORS**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12713-DS |
| | ) | |
| HARRIS, MATTHEW WELLINGTON | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

PLEASE TAKE NOTICE THAT THE MEETING HAS BEEN CONTINUED FOR THE FOLLOWING REASON TO:

Date: May 30, 2025 Time: 10:00 AM
Location: **Zoom video meeting**
Go to Zoom.us/join, Enter Meeting ID 533 861 1826, and Passcode 7827374051, or call 1 213 592 2649.

☐    Case under review.  Please contact the trustee administrator two (2) days prior to the continued meeting date by email to determine if an appearance is necessary.

DATED: May 9, 2025                             /s/ Howard M. Ehrenberg
                                                Howard M. Ehrenberg, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on May 9, 2025.

                                                /s/ Lupe Cortez
                                                Trustee Administrator
                                                lupe.cortez@gmlaw.com